# Exhibit 2

Ca-Sa Product GmbH and Carrie Box Pool Supplies v. The Partnerships and Unincorporated Associations Identified on Schedule A

## Schedule A-1

| # | Merchant Name | Product IDs | U.S. Patent No. 12,116,802 Claim 1 | Claim 1 mapped to Infringing Product[1] |
|---|---|---|---|---|
| 1 | Aspire Hallmarks | B0DKD5G99NQ | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising: <br><br> a storage basket (1) including hanging brackets (2), <br><br> wherein the hanging brackets (2) include spacers (3), <br><br> wherein the spacers (3) include springs (4), <br><br> wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage |  |

[1] Many of the product listings for the Infringing Products identified herein feature identical product photographs. As such, claim charts for these Infringing Products will be largely identical.

# Schedule A-1



| | | basket.[2] |
|---|---|---|
| 2 | hanyim electronic | B0F4Q7RVX4 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |

[2] Many of the listings did not include photographs of the product applied to a pool. However, on information and belief, all of the Infringing Products identified herein are identical in form and function. For an example of a claim chart featuring the Infringing Product as applied to a pool, see Defendant 8 *infra*.

| 3 | JiangMurmur | B0F3P1RTVN | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | | |

| 4 | Silk Meet | B0DFVQ994F | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (**1**) including hanging brackets (**2**),<br><br>wherein the hanging brackets (**2**) include spacers (**3**),<br><br>wherein the spacers (**3**) include springs (**4**),<br><br>wherein the spacers (**3**) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  |
|---|---|---|---|---|

**Schedule A-1**



3, 4

2

1

| 5 | taskihoume | B0DFH6RKVB | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | | |

| 6 | USJICHENGT RADING | B0DFG35T8Q | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | |

| 7 | ZenRiver | B0DKJCNGTV | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | |

| 8 | Dedara | 17041973153 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall (5) and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | |

**Schedule A-1**

| 9 | DwellJoy | 16989559117 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (**1**) including hanging brackets (**2**),<br><br>wherein the hanging brackets (**2**) include spacers (**3**),<br><br>wherein the spacers (**3**) include springs (**4**),<br><br>wherein the spacers (**3**) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  |

| 10 | Fyhuzp | 17036170132 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  |

**Schedule A-1**



| 11 | HengDidi | 16967466159 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:

a storage basket (1) including hanging brackets (2),

wherein the hanging brackets (2) include spacers (3),

wherein the spacers (3) include springs (4),

wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | |

# Schedule A-1

| 12 | IBaodan | 17053655008 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (**1**) including hanging brackets (**2**),<br><br>wherein the hanging brackets (**2**) include spacers (**3**),<br><br>wherein the spacers (**3**) include springs (**4**),<br><br>wherein the spacers (**3**) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  |

| 13 | JingSheng | 16964272307 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | |  |

## Schedule A-1

| 14 | Mdesiwst | 6248509940 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  | |

**Schedule A-1**

| 15 | Skimskl | 17008019367 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  |
|----|---------|--------------|---|---|

| 16 | UDIYO | 6903568749 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  |

| 17 | Vicada | 16959472959 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (1) including hanging brackets (2),<br><br>wherein the hanging brackets (2) include spacers (3),<br><br>wherein the spacers (3) include springs (4),<br><br>wherein the spacers (3) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | |

**Schedule A-1**

| 18 | Violete | 17003555764 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (**1**) including hanging brackets (**2**),<br><br>wherein the hanging brackets (**2**) include spacers (**3**),<br><br>wherein the spacers (**3**) include springs (**4**),<br><br>wherein the spacers (**3**) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  |

| 19 | XIXIXXIIYA | 6582820639 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising:<br><br>a storage basket (**1**) including hanging brackets (**2**),<br><br>wherein the hanging brackets (**2**) include spacers (**3**),<br><br>wherein the spacers (**3**) include springs (**4**),<br><br>wherein the spacers (**3**) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. |  |

**Schedule A-1**



| 20 | Ziynglg | 17278720120 | 1. A storage basket for hanging on the peripheral edge of an above-ground pool, comprising: <br><br> a storage basket (**1**) including hanging brackets (**2**), <br><br> wherein the hanging brackets (**2**) include spacers (**3**), <br><br> wherein the spacers (**3**) include springs (**4**), <br><br> wherein the spacers (**3**) are adjusted to any distance between the pool wall and the storage basket such that the storage basket is hung substantially horizontally oriented at different distances between the pool wall and the storage basket. | |