AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-1606-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served all defendants the Summons [25] and documents [1], [19], [20], [22], and the Court's Text Order Granting Motion for Electronic Service of Process via email in accordance with the latter, to the email addresses obtained through discovery. I did not receive any indication that the email was undeliverable.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/26/2026

/s/ Joseph P. Hooper
Server's signature

Joseph Hooper, Attorney for Plaintiffs
Printed name and title

7285 W. 132nd St., Ste. 340, Overland Park, KS 66213
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Ca-Sa Product GmbH and
Carrie Box Pool Supplies, Inc.,

*Plaintiff(s)*

v.

The Partnerships and Unincorporated
Associations Identified on Schedule A,

*Defendant(s)*

Civil Action No. 25-cv-1606-ADA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Partnerships and Unincorporated
Associations Identified on Schedule A
Via electronic mail

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Hooper
AVEK IP, LLC
7285 W 132nd St., Ste. 340
Overland Park, KS 66213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/20/2026

CLERK OF COURT, PHILIP J. DEVLIN

*Signature of Clerk or Deputy Clerk*

